UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DALE ALAN CURTIS, § | | |
| TDCJ #644162, § | | |
| § | | |
| Plaintiff, § | | |
| VS. § | CIVIL ACTION NO. 3:17-CV-0312 | |
| § | | |
| FERNATOR J SMITH, *et al*, § | | |
| § | | |
| Defendants. § | | |

## ORDER EXTENDING TIME

State inmate Dale Alan Curtis filed this civil rights suit under 42 U.S.C. § 1983. Curtis proceeds *pro se* and he has paid the filing fee. On April 16, 2018, this Court authorized service of process within 90 days on two defendants: **Officer Fernator J. Smith** and **Captain Yolanda James**. Both defendants are located at the Terrell Unit, 1300 FM 655, Rosharon, TX 77583. Because Curtis does not proceed *in forma pauperis*, he is responsible for service of process. *See* Order for Service (Dkt. 11) (citing FED. R. CIV. P. 4(c)(3)).

On July 25, 2018, Plaintiff filed a motion for an unspecified extension of time to serve process. Because his motion documents diligent attempts to make service, the Court finds good cause for his failure to make service within 90 days. *See* FED. R. CIV. P.

4(m). The Court therefore **GRANTS** the motion for extension of time (Dkt. 13). **Service must be done within 30 days of the date of this order**.

The Clerk of Court will send a copy of this order to the plaintiff.

SIGNED at Galveston, Texas, this 6th day of August, 2018.

_____
George C. Hanks Jr.
United States District Judge